**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-7322**

————————

LANXTER LAMONT KUYKENDALL,

                        Petitioner - Appellant,

    versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                        Respondent - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-838)

————————

Submitted: November 29, 2001    Decided: December 10, 2001

————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Lanxter Lamont Kuykendall, Appellant Pro Se. Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lanxter Lamont Kuykendall seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Kuykendall v. Angelone, No. CA-00-838 (E.D. Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2